UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PABLO PAUL ESPINOZA,

        Petitioner,

                                                              Case No. 2:15-cv-94

v.

                                                              HONORABLE PAUL L. MALONEY

JEFFREY WOODS,

        Respondent,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No. 18). The Report and Recommendation was duly served on the parties. No objections have been filed.

       ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

       **THEREFORE, IT IS ORDERED** that the habeas corpus petition is **DISMISSED WITH PREJUDICE** for the reasons stated in the Report and Recommendation.

       **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

       **This action is terminated.**

Date:  August 23, 2016                                /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge