UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


PABLO PAUL ESPINOZA,

          Petitioner,

                                    Case No. 2:15-cv-94

v.

                                      HONORABLE PAUL L. MALONEY

JEFFREY WOODS,

          Respondent,

_____/

## **JUDGMENT**


      Having issued an order adopting a report and recommendation and dismissing the petition

for writ of habeas corpus, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered.  A

notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under

Fed. R. App. P. 4(a).


Date:   August 23, 2016                        /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge